# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

KRISTEN SCHERTZER,

             Plaintiffs,

    v.

KATE SPADE & COMPANY, LLC et al.,

             Defendant.

_____

Case No.: 19-cv-00330-AJB-JLB

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, Plaintiff Kristen Schertzer's claims are hereby dismissed in their entirety, in the above-captioned action, with each party to bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated:  August 12, 2020



Hon. Anthony J. Battaglia
United States District Judge

-1-

Case No. 19-cv-00330-AJB-JLB
ORDER GRANTING JOINT STIPULATION RE DISMISSAL